UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-16-1698 |
| | § | (Criminal Action H-11-770-1) |
| Ivan Carvajal, | § | |
|     Defendant. | § | |

## Order of Adoption

On September 4, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (163) recommending that the court deny Ivan Carvajal's motion to vacate. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed October 23, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge